# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 3:06CR415

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| TAMARA VARNADO ) | |

**THIS MATTER** is before the Court on the Defendant's motions for extensions of time in which to file briefs supporting her motions for a new trial and for a judgment of acquittal.

For the reasons stated in the motions and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motions for extensions of time to file briefs supporting her motions for a new trial and for a judgment of acquittal are **ALLOWED**, and she has to and including February 28, 2008, in which to file such briefs.

**IT IS FURTHER ORDERED** that the Government has 30 days after service of Defendants' briefs in which to file response to the pending motions.

2

Signed: January 28, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge