# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 3:06CR415

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| TAMARA VARNADO ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's motion to correct a clerical error in the Defendant's Judgment pursuant to Fed. R. Crim. P. 36. The Court has been advised that the Defendant does not oppose the relief sought nor does she wish to file a formal response.

For the reasons stated in the Government's motion and it appearing a clerical error has been made in the restitution amount shown on the Defendant's Judgment,

**IT IS, THEREFORE, ORDERED** that the Clerk prepare an amended Judgment in a Criminal Case for this Defendant by changing the amount of restitution shown on Page 4 of such Judgment to show the correct total

amount of restitution to be **$1,208,256.53,** as is reflected on Page 5A of this Judgment.

Signed: December 9, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge