**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL NO. 3:06CR415**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **TAMARA VARNADO** | ) | |
| | ) | |

    **THIS MATTER** is before the Court on the Defendant's motion to correct a clerical error in the Defendant's Judgment pursuant to Fed. R. Crim. P. 36. The Defendant states the Government does not oppose the relief sought.

    While the Court will grant the motion and add the recommendation Defendant requests, the Defendant is advised that the Bureau of Prisons is under no obligation to follow the Court's recommendation as to her place of incarceration; in fact, more often than not, the Bureau of Prisons declines to do so.

    **IT IS, THEREFORE, ORDERED** that the Defendant's motion to correct Judgment is **ALLOWED**, and the Clerk is directed to prepare an

amended Judgment in a Criminal Case for this Defendant to include a

recommendation to the Bureau of Prisons that the Defendant be

designated to a facility in the Dallas, Texas, area.


Signed: December 12, 2008


Lacy H. Thornburg
United States District Judge