# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:06CR415

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ) | |
| TAMARA VARNADO ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's motion to correct the Defendant's Judgment pursuant to Fed. R. Crim. P. 36. The Government has not filed response to the Defendant's motion and the time for doing so has expired.

While the Court will grant the motion and add the recommendation Defendant requests, the Defendant is advised that the Bureau of Prisons is under no obligation to follow the Court's recommendation.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to correct Judgment is **ALLOWED**, and the Clerk is directed to prepare an amended Judgment for this Defendant to include the Court's

recommendation that the Defendant participate in a substance abuse program through the Bureau of Prisons.

Signed: August 11, 2009

Lacy H. Thornburg
United States District Judge